UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00461-MMD-VPC<br><br>ORDER |

It is ordered that Petitioner's motion for enlargement of time (ECF No. 12) is granted. Petitioner will have until May 18, 2018, to file a second amended petition for writ of habeas corpus in this case.

DATED THIS 5th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE