UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LUIS CARDENAS-ORNELAS, | Case No. 3:17-cv-00461-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's motion to file an untimely motion for extension of time (ECF No. 14) is granted. Further, petitioner's motion for extension of time (ECF No. 15) is also granted. Petitioner will have until July 9, 2018, to file a second amended petition for writ of habeas corpus in this case.

DATED THIS 24th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE