UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:17-cv-00461-MMD-VPC<br><br>ORDER |

Good cause appearing, petitioner's third motion for enlargement of time (ECF No. 17) is granted. Petitioner will have until September 7, 2018, to file a second amended petition for writ of habeas corpus in this case.

It is so ordered.

DATED THIS 10th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE