UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS, <br><br> Petitioner, <br> v. <br> RENEE BAKER, *et al.*, <br><br> Respondents. | Case No. 3:17-cv-00461-MMD-CBC <br><br> ORDER |

Petitioner's fourth motion for enlargement of time (ECF No. 20) is granted. It is therefore ordered that Petitioner will have until October 8, 2018, to file a second amended petition for writ of habeas corpus in this case. Petitioner is cautioned that absent an extraordinary showing of good cause, no further extensions of time to file the second amended petition will be granted in this case.

DATED THIS 10th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE