UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>                              Petitioner,<br><br>          v.<br><br>RENEE BAKER, *et al.*,<br><br>                              Respondents. | Case No. 3:17-cv-00461-MMD-CBC<br><br>ORDER |

Good cause appearing, it is therefore ordered that Respondents' unopposed motion for extension of time (ECF No. 23) is granted. Respondents will have until March 7, 2019, to respond to the petition in this case.


DATED THIS 10th day of December 2018.


_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE