UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS, | Case No. 3:17-cv-00461-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner in this matter has been appointed counsel, David Neidert, who has filed a second amended petition on Petitioner's behalf. The second amended petition is currently awaiting a response from Respondents. Petitioner has sent the Court two letters regarding his counsel's representation.

The first letter (ECF No. 25) indicates that Petitioner is frustrated with the length of time it took Mr. Neidert to file the second amended petition and advises the court that this has created a conflict. He seeks appointment of new counsel. Petitioner's second letter (ECF No. 27) indicates that counsel has not been responsive to requests for communication and has not provided him with anything filed on his behalf in this case.

It is therefore ordered that Mr. Neidert must file, under seal, a response to the allegations raised in Petitioner's letters within fifteen days of the date of entry of this order.

It is further ordered that, in the meantime, Mr. Neidert must provide Petitioner with copies of any pleadings filed on his behalf, including the second amended petition, to the extent he has not already done so.

///

///

The Clerk of Court is directed to send a copy of this order by mail to Petitioner in proper person and will reflect the mail transmittal to petitioner in proper person in the docket entry for this order.

DATED THIS 6th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE