UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>                  Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00461-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' unopposed motion for enlargement of time (ECF No. 29) is granted. Respondents will have until May 6, 2019, to answer or otherwise respond to the second amended petition for writ of habeas corpus in this case.

DATED THIS 7th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE