UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:17-cv-00461-MMD-CBC<br><br>ORDER |

Good cause appearing, Respondents' third unopposed motion for enlargement of time (ECF No. 37) is granted. Respondents will have until June 5, 2019, to answer or otherwise respond to the second amended petition for writ of habeas corpus in this case. Further extensions of this deadline, however, are not likely to be granted.

DATED THIS 3rd day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE