# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS CARDENAS-ORNELAS, | Case No. 3:17-cv-00461-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

This matter is before the Court on the parties' failure to respond to the June 21, 2019 Order (ECF No. 47) instructing them to file a memorandum of points and authorities and any supporting declaration or affidavit to make a particularized showing of compelling reasons why certain exhibits should remain under seal.

Respondents sought leave to file under seal various exhibits, including "financial statements and information that may have been covered by attorney client privilege." (ECF No. 45 at 2.) The Court instructed the parties to make a particularized showing of compelling need by July 12, 2019. (ECF No. 47 at 5.[1]) However, no response was filed and the deadline to do so has now expired. The parties were cautioned that if they failed to timely comply with the order, the Clerk of Court would be directed to unseal the documents to make them available on the public docket.

It is therfore ordered that Clerk of Court will UNSEAL the following exhibits: Exhibit 10 (ECF No. 45-1), Exhibit 11 (ECF No. 45-2), Exhibit 30 (ECF No. 45-3), Exhibit 33 (ECF No. 45-4), Exhibit 34 (ECF No. 45-5), Exhibit 35 (ECF No. 45-6), Exhibit 58 (ECF No. 45-7), Exhibit 59 (ECF No. 45-8), Exhibit 65 (ECF No. 45-10), Exhibit 68 (ECF No. 45-11),

---

[1] The Court found that Cardenas-Ornelas' Presentence Investigation Report ("PSI"), Exhibit 60 (ECF No. 45-9) was properly filed under seal. The PSI will remain under seal.

Exhibit 82 (ECF No. 45-12), Exhibit 83 (ECF No. 45-13), Exhibit 103 (ECF No. 45-14), Exhibit 104 (ECF No. 45-15), Exhibit 107 (ECF No. 45-16), Exhibit 108 (ECF No. 45-17), Exhibit 118 (ECF No. 45-18), 133 Exhibit (ECF No. 45-19), Exhibit 135 (ECF No. 45-20), Exhibit 137 (ECF No. 45-21), Exhibit 138 (ECF No. 45-22), Exhibit 139 (ECF No. 45-23), Exhibit 141 (ECF No. 45-24), Exhibit 142 (ECF No. 45-25), Exhibit 146 (ECF No. 45-26), Exhibit 147 (ECF No. 45-27), Exhibit 151 (ECF No. 45-28), Exhibit 153 (ECF No. 45-29), Exhibit 154 (ECF No. 45-30), Exhibit 155 (ECF No. 45-31), Exhibit 156 (ECF No. 45-32), Exhibit 159 (ECF No. 45-33), Exhibit 166 (ECF No. 45-34), Exhibit 168 (ECF No. 45-35), Exhibit 169 (ECF No. 45-36), Exhibit 170 (ECF No. 45-37), Exhibit 187 (ECF No. 45-38), Exhibit 188 (ECF No. 45-39), Exhibit 193 (ECF No. 45-40), Exhibit 194 (ECF No. 45-41), Exhibit 200 (ECF No. 45-42), Exhibit 201 (ECF No. 45-43).

DATED this 16th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE