UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>        Petitioner,<br>  v.<br><br>RENEE BAKER, *et al.*,<br><br>        Respondents. | Case No. 3:17-cv-00461-MMD-CLB<br><br>ORDER |

  Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 61) is granted. Respondents have until September 3, 2020, to file an answer to the surviving claims of the petition in this case.

  Given the age of this case,[1] counsel for both parties are directed to prioritize the deadlines in this case over later-filed matters. Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence.

  DATED THIS 21st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq*. The CJRA sets a three-year goal for resolution of each civil case on the merits, *id.* § 476(a)(3), and encourages "setting, at the earliest practicable time, deadlines for filing motions and a time framework for their disposition," *id.* § 473(a).