UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:17-cv-00461-MMD-CLB<br><br>ORDER |

This habeas matter is before the Court on Respondents' third Motion for Enlargement of Time (ECF No. 65).

The Court's last order stated: "no further extensions will be granted with respect to Respondents' answer." (ECF No. 64.) Counsel now seeks a six-day extension due to an "unforeseeable family emergency." (ECF No. 65.) The Court will reluctantly allow the additional six days.

It is therefore ordered that Respondents' third Motion for Enlargement of Time (ECF No. 65) is granted. Respondents have until October 7, 2020, to respond to Petitioner's Second Amended Petition (ECF No. 22).

DATED THIS 2nd day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE