UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CARDENAS-ORNELAS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:17-cv-00461-MMD-CLB<br><br>ORDER |

This habeas matter is before the Court on Respondents' fourth Motion for Enlargement of Time (ECF No. 67).

The Court's prior order stated: "no further extensions will be granted with respect to Respondents' answer." (ECF No. 64.) Counsel subsequently requested a six-day extension due to an "unforeseeable family emergency" (ECF No. 65), and the Court reluctantly allowed the additional six days. The current motion seeks one additional day because counsel did not factor in the time necessary for her supervisor to review the draft answer before filing.

It is therefore ordered that Respondents' fourth Motion for Enlargement of Time (ECF No. 67) is granted. Respondents have until October 8, 2020, to respond to Petitioner's Second Amended Petition (ECF No. 22). **No further extensions will be granted**.

DATED THIS 8th Day of October 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE